**James Meservie** — **Custom Lithograph, Inc.** 7006 Stanford Avenue - Los Angeles, CA 90001 — **Earnings Statement**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SSN | | Fed Taxable Income | 1195.92 | Check Date: | July 01, 2010 | Voucher Number | 3494 |
| Emp Id | 252 | Fed Filing Status | M/0 | Period Beginning: | June 13, 2010 | Net Pay | 991.73 |
| Location | 4603 | State Filing Status | M/0 | Period Ending: | June 26, 2010 | Check Amount | |

| Earnings | Rate | Hours | Amount | YTD Amt |
|---|---|---|---|---|
| REG | 23.50 | 50.89 | 1195.92 | 18904.60 |
| HOL | | | | 564.00 |
| OTIME | | | | 43.36 |
| Total Gross Pay | | 50.89 | 1195.92 | 19511.96 |

| Taxes/Deds | Taxable | Amount | YTD Amt |
|---|---|---|---|
| MED | 1195.92 | 17.34 | 282.92 |
| SS | 1195.92 | 74.15 | 1209.74 |
| CASDI-E | 1195.92 | 13.15 | 214.63 |
| FITW M/0 | 1195.92 | 79.39 | 1626.78 |
| CA M/0 | 1195.92 | 20.16 | 393.20 |
| Total Withholding | | 204.19 | 3727.27 |

| Direct Deposits | Account | Amount |
|---|---|---|
| xxxxx9353 | xxxxx0019 | 991.73 |
| Total Direct Deposits | | 991.73 |

| Accruals | Hours |
|---|---|
| Vacation | 50.76 |

| Benefits | Amount | YTD Amt |
|---|---|---|

---

**James Meservie** — **Custom Lithograph, Inc.** 7006 Stanford Avenue - Los Angeles, CA 90001 — **Earnings Statement**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SSN | | Fed Taxable Income | 1551.00 | Check Date: | June 17, 2010 | Voucher Number | 3475 |
| Emp Id | 252 | Fed Filing Status | M/0 | Period Beginning: | May 30, 2010 | Net Pay | 1,250.97 |
| Location | 4603 | State Filing Status | M/0 | Period Ending: | June 12, 2010 | Check Amount | |

| Earnings | Rate | Hours | Amount | YTD Amt |
|---|---|---|---|---|
| REG | 23.50 | 58.00 | 1363.00 | 17708.68 |
| HOL | 23.50 | 8.00 | 188.00 | 564.00 |
| OTIME | | | | 43.36 |
| Total Gross Pay | | 66.00 | 1551.00 | 18316.04 |

| Taxes/Deds | Taxable | Amount | YTD Amt |
|---|---|---|---|
| MED | 1551.00 | 22.49 | 265.58 |
| SS | 1551.00 | 96.16 | 1135.59 |
| CASDI-E | 1551.00 | 17.06 | 201.48 |
| FITW M/0 | 1551.00 | 132.65 | 1547.39 |
| CA M/0 | 1551.00 | 31.67 | 373.04 |
| Total Withholding | | 300.03 | 3523.08 |

| Direct Deposits | Account | Amount |
|---|---|---|
| xxxxx9353 | xxxxx0019 | 1250.97 |
| Total Direct Deposits | | 1250.97 |

| Accruals | Hours |
|---|---|
| Vacation | 47.69 |

| Benefits | Amount | YTD Amt |
|---|---|---|

---

**James Meservie** — **Custom Lithograph, Inc.** 7006 Stanford Avenue - Los Angeles, CA 90001 — **Earnings Statement**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SSN | | Fed Taxable Income | 1646.88 | Check Date: | June 03, 2010 | Voucher Number | 3456 |
| Emp Id | 252 | Fed Filing Status | M/0 | Period Beginning: | May 16, 2010 | Net Pay | 1,319.60 |
| Location | 4603 | State Filing Status | M/0 | Period Ending: | May 29, 2010 | Check Amount | |

| Earnings | Rate | Hours | Amount | YTD Amt |
|---|---|---|---|---|
| REG | 23.50 | 70.08 | 1646.88 | 16345.68 |
| HOL | | | | 376.00 |
| OTIME | | | | 43.36 |
| Total Gross Pay | | 70.08 | 1646.88 | 16765.04 |

| Taxes/Deds | Taxable | Amount | YTD Amt |
|---|---|---|---|
| MED | 1646.88 | 23.88 | 243.09 |
| SS | 1646.88 | 102.10 | 1039.43 |
| CASDI-E | 1646.88 | 18.12 | 184.42 |
| FITW M/0 | 1646.88 | 147.03 | 1414.74 |
| CA M/0 | 1646.88 | 36.15 | 341.37 |
| Total Withholding | | 327.28 | 3223.05 |

| Direct Deposits | Account | Amount |
|---|---|---|
| xxxxx9353 | xxxxx0019 | 1319.60 |
| Total Direct Deposits | | 1319.60 |

| Accruals | Hours |
|---|---|
| Vacation | 44.61 |

| Benefits | Amount | YTD Amt |
|---|---|---|

**James Meservie**

**Custom Lithograph, Inc.**
7006 Stanford Avenue - Los Angeles, CA 90001

**Earnings Statement**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SSN | | Fed Taxable Income | **1334.57** | Check Date: | **May 20, 2010** | Voucher Number | **3437** |
| Emp Id | 252 | Fed Filing Status | **M/0** | Period Beginning: | **May 02, 2010** | Net Pay | **1,094.01** |
| Location | 4603 | State Filing Status | **M/0** | Period Ending: | **May 15, 2010** | Check Amount | |

| Earnings | Rate | Hours | Amount | YTD Amt |
|---|---|---|---|---|
| REG | 23.50 | 56.49 | 1327.52 | 14698.80 |
| OTIME | 35.25 | 0.20 | 7.05 | 43.36 |
| HOL | | | | 376.00 |
| Total Gross Pay | | 56.69 | 1334.57 | 15118.16 |

| Taxes/Deds | Taxable | Amount | YTD Amt |
|---|---|---|---|
| MED | 1334.57 | 19.35 | 219.21 |
| SS | 1334.57 | 82.75 | 937.33 |
| CASDI-E | 1334.57 | 14.68 | 166.30 |
| FITW M/0 | 1334.57 | 100.19 | 1267.71 |
| CA M/0 | 1334.57 | 23.59 | 305.22 |
| Total Withholding | | 240.56 | 2895.77 |

| Direct Deposits | Account | Amount |
|---|---|---|
| xxxxx9353 | xxxxx0019 | 1094.01 |
| Total Direct Deposits | | 1094.01 |

| Accruals | Hours |
|---|---|
| Vacation | 41.53 |

| Benefits | Amount | YTD Amt |
|---|---|---|

**James Meservie**

**Custom Lithograph, Inc.**
7006 Stanford Avenue - Los Angeles, CA 90001

**Earnings Statement**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SSN | | Fed Taxable Income | **1476.27** | Check Date: | **May 06, 2010** | Voucher Number | **3418** |
| Emp Id | 252 | Fed Filing Status | **M/0** | Period Beginning: | **April 18, 2010** | Net Pay | **1,197.49** |
| Location | 4603 | State Filing Status | **M/0** | Period Ending: | **May 01, 2010** | Check Amount | |

| Earnings | Rate | Hours | Amount | YTD Amt |
|---|---|---|---|---|
| REG | 23.50 | 62.82 | 1476.27 | 13371.28 |
| HOL | | | | 376.00 |
| OTIME | | | | 36.31 |
| Total Gross Pay | | 62.82 | 1476.27 | 13783.59 |

| Taxes/Deds | Taxable | Amount | YTD Amt |
|---|---|---|---|
| MED | 1476.27 | 21.40 | 199.86 |
| SS | 1476.27 | 91.53 | 854.58 |
| CASDI-E | 1476.27 | 16.24 | 151.62 |
| FITW M/0 | 1476.27 | 121.44 | 1167.52 |
| CA M/0 | 1476.27 | 28.17 | 281.63 |
| Total Withholding | | 278.78 | 2655.21 |

| Direct Deposits | Account | Amount |
|---|---|---|
| xxxxx9353 | xxxxx0019 | 1197.49 |
| Total Direct Deposits | | 1197.49 |

| Accruals | Hours |
|---|---|
| Vacation | 38.46 |

| Benefits | Amount | YTD Amt |
|---|---|---|

**James Meservie**

**Custom Lithograph, Inc.**
7006 Stanford Avenue - Los Angeles, CA 90001

**Earnings Statement**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SSN | | Fed Taxable Income | **1260.07** | Check Date: | **April 22, 2010** | Voucher Number | **3400** |
| Emp Id | 252 | Fed Filing Status | **M/0** | Period Beginning: | **April 04, 2010** | Net Pay | **1,039.06** |
| Location | 4603 | State Filing Status | **M/0** | Period Ending: | **April 17, 2010** | Check Amount | |

| Earnings | Rate | Hours | Amount | YTD Amt |
|---|---|---|---|---|
| REG | 23.50 | 53.62 | 1260.07 | 11895.01 |
| HOL | | | | 376.00 |
| OTIME | | | | 36.31 |
| Total Gross Pay | | 53.62 | 1260.07 | 12307.32 |

| Taxes/Deds | Taxable | Amount | YTD Amt |
|---|---|---|---|
| MED | 1260.07 | 18.27 | 178.46 |
| SS | 1260.07 | 78.12 | 763.05 |
| CASDI-E | 1260.07 | 13.86 | 135.38 |
| FITW M/0 | 1260.07 | 89.01 | 1046.08 |
| CA M/0 | 1260.07 | 21.75 | 253.46 |
| Total Withholding | | 221.01 | 2376.43 |

| Direct Deposits | Account | Amount |
|---|---|---|
| xxxxx9353 | xxxxx0019 | 1039.06 |
| Total Direct Deposits | | 1039.06 |

| Accruals | Hours |
|---|---|
| Vacation | 35.38 |

| Benefits | Amount | YTD Amt |
|---|---|---|