# United States Bankruptcy Court
## Central District Of California

| In re: | |
|---|---|
| James Edward Meservie Jr. | CHAPTER NO.: 7 |
| | CASE NO.: 2:10–bk–37760–BB |

# **FINAL NOTICE**
## RE: UNCURED CASE DEFICIENCIES

**To the Debtor and the Debtor's Attorney of Record:**
**Your case WILL be dismissed without further notice or opportunity for hearing if the following documents are not filed by 8/10/10.**

☑ Statement of Social Security Number(s) Form B21
X  MUST HAVE HOLOGRAPHIC SIGNATURE OF DEBTOR

**Even if the indicated documents are not applicable to your particular situation, they must still be filed with the notation 'None' marked thereon.**

**Please return the original or copy of this form with all required items to the following location:**

      255 E. Temple Street, Room 940, Los Angeles, CA 90012

If you have any questions, please contact the below–referenced Deputy Clerk

Dated: July 27, 2010

**KATHLEEN J. CAMPBELL, CLERK OF COURT**

**By: Sonny Milano**
**Deputy Clerk**

mccdnx 05/2010

**12 – 1 / SMZ**